FILED
2016 Sep-12  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

U.S. DISTRICT COURT
N.D. OF ALABAMA

Anthony R. Jones
164123X

CV-16-K-1505-S

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Jeremy N. Brown C.O.I
Troy Hart C.O.I
Lendon Cook C.O.I

_____

(Enter above full name(s) of the
defendant(s) in this action)

Previous lawsuits

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit

Plaintiff(s): _____ N/A _____

Defendant(s) _____ N/A _____

2.   Court (if Federal Court, name the district; if State Court, name the county)
_____ N/A _____

3.   Docket Number _____ N/A _____

4.   Name of judge to whom case was assigned _____ N/A _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____ N/A _____

_____

6.    Approximate date of filing lawsuit _____ N/A _____

7.    Approximate date of disposition _____ N/A _____

II.  Place of present confinement ____ Donaldson Correctional facility

A.    Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No (✓)

C.    If your answer is YES:

      1.    What steps did you take? _____ N/A _____

      _____

      2..   What was the result? _____ N/A _____.

      _____

      _____

D.    If your answer is NO, explain why not? _____ N/A _____

      _____

      _____

      _____

III.  Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff(s) ___ Anthony Jones #164123X ___

      _____

      Address __ 100 Warrior Lane Bessemer, Al. 35023

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant ___Jeremy N. Brown,___

is employed as ___Correctional officer___

at ___Donaldson Correctional facility___

C.  Additional Defendants ___Tray Hunt C.O.I (Donaldson Corr. fac)___
___Langdon Cook C.O. I (Donaldson Corr fac)___

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On Oct. 28th 2015 at 12:45 A.M. Anthony Jones was Housed In D-Block Cell 39 at Donaldson Correctional facility officers Jeremy Brown And Tray Hunt entered The Cell And Announced Shake down - Inmate Jones Along with His Cell partner Clint Edwards (#m 271360) Asked for a Supervisor On which Both were Denied, Inmate Anthony Jones was Assigned To The Top Rack, Begin To Comply with The officers Request To Be Searched, As Inmate Jones Placed His Hands on The well - officer Tray Hunt Screemed for Inmate Jones To Drop A Knife

-3-

And proceeded To Threw a Knife on the floor In Inmate Jones Cell — officer Jeremy Brown Then Sprayed Inmate Jones In The eyes As officer Tray Hunt Hit Inmate Jones with a flash light, officer Congdon Cook Ran Into Inmate Jones Cell And Begin To Assist officer Hunt, And Brown By Hitting

## V.   RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for The Courts To Award me In The Amount of $45,000.⁰⁰ (forty-five Thousand Dollars) for Punitive Demages... I would Like To See officers Tray Hunt Fired for Abuse of Authority... And Excessive force.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/4/2016
(date)

Anthony Jones        #164123

Signature(s)

- 4 -

And Kicking Inmate Jones.. officer Langdon Punched Inmate Jones In His face Several times.., officer Cunningham Then entered The cell As Inmate Jones was Being Handcuffed And escorted Inmate Jones to The Infirmary where Inmate Jones Recieved Treatment for cuts And Abrasions to The Head And face.