# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**ANTHONY R. JONES**, )
)
    Plaintiff, )
)
v. ) Civil Action Number:
) **2:16-cv-01505-AKK-JHE**
**JEREMY BROWN, C.O.I., et al.**, )
)
    Defendants. )

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on June 16, 2017, recommending that the defendants' motion for summary judgment, doc. 11, be denied as to defendants Officer Troy Hart and Officer Landon Cook. Doc. 31. The magistrate judge further recommended that the plaintiff's claims be dismissed without prejudice as to Jeremy Brown, due to the plaintiff's failure to obtain service on this defendant. Doc. 31 at 1 n.1. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that defendants Hart and Cook's motion for summary judgment,

doc. 11, is **DENIED** and these claims are **REFERRED** to the magistrate judge for further proceedings.

The court further **ORDERS** that the plaintiff's claims against defendant Jeremy Brown are **DISMISSED WITHOUT PREJUDICE** due to the plaintiff's failure to obtain service on this defendant.

**DONE** the 6th day of July, 2017.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE