# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY R. JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.** |
| | ) | **2:16-CV-01505-AKK-JHE** |
| **CIO TROY HART, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff Anthony Jones and Defendants Troy Hart and Landon Cook ("Defendants"), by and through their undersigned counsel, and hereby notify this Court that Plaintiff and Defendants have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 18th day of January, 2018.

/s/ *Jack Wallace, Jr.* (with permission)  
Jack Wallace, Jr.  
Assistant Attorney General  
Attorney for Defendants  
Office of the Attorney General  

/s/ *Ryan S. Rummage*  
Ryan S. Rummage  
Attorney for Plaintiff  
BURR & FORMAN LLP  
420 North 20th Street, Suite 3400

501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-8671
jwallace@ago.state.al.us

Birmingham, AL  35203
Telephone: (205) 251-3000
rrummage@burr.com